**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORENZO CABRERA, | No. 15-73938 |
| Petitioner, | Agency No. A079-536-567 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of an
Immigration Judge's Decision

Submitted June 26, 2017**

Before:    PAEZ, BEA, and MURGUIA, Circuit Judges.

Lorenzo Cabrera, a native and citizen of Mexico, petitions for review of the

immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that he did

not have a reasonable fear of torture and thus is not entitled to relief from his

reinstated removal order.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for substantial evidence the IJ's factual findings.  *Andrade-Garcia v. Lynch*, 828 F.3d 829, 836 (9th Cir. 2016).  We deny the petition for review.

Substantial evidence supports the IJ's determination that Cabrera failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico.  *See Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (fear of torture speculative); *Dhital v. Mukasey*, 532 F.3d 1044, 1051-52 (9th Cir. 2008) (evidence did not indicate a particularized threat of torture to petitioner).

**PETITION FOR REVIEW DENIED.**